UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARINA CANGA, <br><br> Defendant. | CASE NO.:  20-cr-03510-JLS <br><br> **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Ms. Canga's Motion Hearing/Trial Setting currently scheduled for December 11, 2020 at 1:30 p.m., be continued to January 15, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by December 11, 2020.

For the reasons set forth in the joint motion, the court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated:  December 7, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge